**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00435-CV**
_____

**ST. CROIX POOLS, LLC, ST. CROIX CUSTOM POOLS, LLC, AND MARK STEVEN MILLS, Appellants**

**V.**

**BETH DESILETS AND RUSSELL DESILETS, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-04-04302-CV**

**MEMORANDUM OPINION**

On December 12, 2024, St. Croix Pools, LLC, St. Croix Custom Pools, LLC, and Mark Steven Mills, filed a notice of appeal from a judgment signed on November 15, 2024, from the 284th District Court. Upon receiving the notice of appeal from Appellants, the Clerk of the Court issued a Bill of Costs for the filing fee for the appeal. By letter dated January 17, 2025, we notified the parties that Appellants had not paid the filing fee as directed in our letter and Bill of Costs

1

previously forwarded to Appellants. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellants. We warned Appellants in our letter dated January 14, 2025, that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Thursday, February 13, 2025. *See* Tex. R. App. P. 42.3(c). As of this date, Appellants have failed to pay the filing fee as directed by this Court.

On January 14, 2025, the District Clerk notified the Court that Appellants had failed to pay or to make the arrangements necessary for the District Clerk to prepare the clerk's record. We notified the parties that Appellants had not established indigent status, and that the clerk's record had not been filed due to Appellants' failure to pay or to arrange to pay the fee required to prepare the clerk's record. We warned Appellants that the appeal would be dismissed for want of prosecution unless Appellants established that they had made the arrangements required to pay the fee or that they needed more time to do so. *See id.* 37.3(b). After the Clerk of this Court sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response.

Appellants have not paid the filing fee for the appeal, nor have they explained why they have not paid the fee for the clerk's record; therefore, we dismiss the appeal for want of prosecution. *Id.* 5, 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 26, 2025
Opinion Delivered February 27, 2025

Before Golemon, C.J., Johnson and Chambers, JJ.